UNITED STATES of America, Appellee,

v.

Eddie GRAVES, Appellant.

No. 02–4007.

United States Court of Appeals, Eighth Circuit.

Submitted July 3, 2003.

Decided July 17, 2003.

Before WOLLMAN, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Graves challenges the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute, and to possess with intent to distribute, 5 kilograms or more of a substance containing cocaine, in violation of 21 U.S.C. §§ 841(b)(1), 846. The district court sentenced Graves to 120 months imprisonment and 5 years supervised release. On appeal, Graves's counsel has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in denying his motion for a downward departure.

The district court's decision not to grant the downward departure was clearly discretionary; thus, the decision is unreview-

1.  The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

able. *See United States v. VanHouten*, 307 F.3d 693, 696 (8th Cir.2002) (discretionary decision not to depart from Guidelines is unreviewable on appeal absent unconstitutional motive, unless district court erroneously concluded it lacked authority to depart).

Following careful review of the record, we find no other nonfrivolous issues. *See Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

A true copy.